*James B. Streeto*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided April 10, 2008

RONALD PATTERSON *v.* TRAVELERS CASUALTY AND SURETY COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 104 Conn. App. 824 (AC 27720), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Ronald Patterson*, pro se, in support of the petition.

*Bradford R. Carver*, in opposition.

Decided April 21, 2008

STATE OF CONNECTICUT *v.* GARY R. DAMATO

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 335 (AC 27129), is denied.

*Gary R. Damato*, pro se, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided April 21, 2008

STATE OF CONNECTICUT *v.* GERALD LEE KEMLER

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 359 (AC 27344), is denied.